**2004–1746. State v. Bledsoe.**
Stark App. No. 2003CA00403, 2004-Ohio-4764. Reported at 109 Ohio St.3d 223, 2006-Ohio-2285, 846

N.E.2d 1234. On motion for reconsideration. Motion denied.

RESNICK and LUNDBERG STRATTON, JJ., dissent.